

# NUMBER 13-22-00509-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KATRINA KOHLEFFEL

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On October 21, 2022, relator Katrina Kohleffel filed a petition for writ of mandamus contending that the trial court abused its discretion by transferring a contested probate proceeding to the district court after relator filed a motion requesting the appointment of a statutory probate court judge. *See generally* TEX. EST. CODE ANN. § 32.003.

The Court requests that the real parties in interest, Cody Kohleffel and Cordale Kohleffel, or any others whose interest would be directly affected by the relief sought, file

a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
27th day of October, 2022.